

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 2:24-cr-077 |
| QUASHEDA JONES, | |
| Defendant. | |

FILED
IN OPEN COURT

DEC 20 2024

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## STATEMENT OF FACTS

The United States and the defendant, QUASHEDA JONES ("defendant"), agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1. At all times relevant to this Indictment, defendant was a carrier for the United States Postal Service ("USPS") and was employed by the USPS in Winson-Salem, North Carolina, which is within the Middle District of Virginia. Defendant provided a phone number ending in -189631 as her personal contact number to the USPS for her employment records.

2. At all times relevant to this Indictment, co-defendant DEVON DRUMGOOLE resided in Norfolk, Virginia, which is within the Eastern District of Virginia. Co-defendant DRUMGOOLE was arrested on or about November 14, 2023 pursuant to a Virginia arrest warrant. At the time of his arrest, co-defendant DEVON DRUMGOOLE was in possession of a smartphone assigned telephone number -489631, which was taken by law enforcement and later examined by federal agents pursuant to a lawfully obtained search warrant bearing docket number 2:24-SW-116. A review of the contents of that device uncovered that multiple instant messages and photographs had been sent and received between that device and the phone

1

number ending in -189631, which defendant JONES had previously identified as her personal number.

The Scheme to Defraud

3. Beginning in and around October 2023 and continuing through in and around at least November 2023, in the Eastern District of Virginia and elsewhere, defendant QUASHEDA JONES, and co-defendant DEVON DRUMGOOLE, knowingly and intentionally combined, conspired, confederated, and agreed to commit mail fraud. Specifically, the defendants, having devised a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and, for the purpose of executing such scheme to defraud, took and received any matter and thing whatever to be sent or delivered by the USPS, in violation of Title 18, United States Code, Section 1341.

4. The purpose of the conspiracy was for the defendants to profit personally by obtaining hundreds of thousands of dollars by stealing business checks that had been sent through the mail.

5. The ways, manner, and means by which the defendants sought to accomplish this conspiracy, included but were not limited to, the following:

    a. It was a part of the scheme that defendant used her position as a mail carrier, and abused her position of trust, to remove from the mail, and cause the theft of, dozens of business checks belong to various companies that had been mailed via the USPS through various means.

    b. It was further part of the scheme that defendant communicated with co-defendant DRUMGOOLE—including by sending instant messages to each other's cellular devices—to coordinate efforts, including the terms of the

    conspiracy, payment for checks, and images of the actual checks which defendant had taken while working as a carrier for the USPS.

   c. It was further part of the scheme that co-defendant DRUMGOOLE would alter the stolen business checks and present them at various financial institutions for payment.

   d. It was further part of the scheme that defendant would receive payments—including but not limited to peer-to-peer financial transfers—in return for providing co-defendant DRUMGOOLE with the stolen business checks.

6. As part of and in furtherance of the scheme, a check for approximately $23,644.00 bearing number 11244, was taken from the mail in and around March 2023. The check was drawn on the account of construction business located in Virginia Beach and was sent via U.S. mail to a sprinkler business located on Cook Boulevard in Chesapeake, Virginia, on or about March 24, 2023. The check was deposited on March 30, 2023, via a drive-through ATM at a Chase Bank, but the check's payee field had been altered so that the instrument purported to be for the benefit of an individual by the initial of C.G. instead of the sprinkler business. Video surveillance of Chase ATM drive-through on March 30, 2023, captured that the check was presented at the ATM by co-defendant DRUMGOOLE, who was driving a dark-colored BMW sedan bearing a temporary plate on the rear of the vehicle, which purported to be from Maryland and bore identification number "T7922057."

7. As part of and in furtherance of the scheme, a check for approximately $13,000 bearing number 1786, was taken from the mail in and around May 2023. The check was drawn on the account of on the account of a business located on Cook Boulevard in Chesapeake,



Virginia and was sent via U.S. mail to a subcontractor located in Florida on or about May 23, 2023.  The check was presented for payment on or about May 25, 2023 at a Chartway Federal Credit Union ATM in Virginia Beach, Virginia, but the check's payee field had been altered so that the instrument purported to be for the benefit of an individual by the initial of D.J. instead of the subcontractor in Florida.  Video surveillance from the ATM drive-through on May 25, 2023 captured co-defendant DRUMGOOLE presenting the check at the ATM and that, at the time, he was driving a dark-colored BMW sedan bearing a temporary plate on the read of the vehicle, which purported to be from Maryland and bore identification number "T7922057."

8. As part of and in furtherance of the scheme, on or about October 15, 2023, defendant and co-defendant DRUMGOOLE sent and received the following instant messages:

| *Messages from -189631 (JONES)* | *Messages from -489631 (DRUMGOOLE)* |
|---|---|
| McDonald's parking lot | |
| On my way! | |
| | Bet bet I'm 20 out |
| | 4 mins away |
| In a grey Nissan parked by this blue SUV | |

9. As part of and in furtherance of the scheme, on or about October 19, 2023, defendant and co-defendant DRUMGOOLE sent and received the following instant messages:

| *Messages from -189631 (JONES)* | *Messages from -489631 (DRUMGOOLE)* |
|---|---|
| | You'll have some tomorrow? |
| Hey! I been in here knocked out . Yes I'll have some tomorrow. I been trying to go for the higher amounts this go round . I have 3 right now I'll have 5 at the least tomorrow for you | |
| | Bet bet what the 3 numbers you have so far ? |
| | And after tomorrow only 20ks and up ok ? |
| | And you think you can start getting more to ? |
| 113 56 35 | |
| | Yes lord |



4

| | |
|---|---|
| | Those the numbers I love to hear |
| | And they still sealed up in the mail too right unopened ? |
| I open it up to see what it is | |
| | Damn Ohokok bet I thought you could see it without opening em |
| | Bet bet that's cool with me |
| | Just make sure nobody else sees it or you don't send no pictures of it to nobody |
| | Tomorrow you think you'll have more though? |
| . . . | |
| | Youn think you'll be able to get nomore 10k and up ? |
| | I'll take all 10ks and up |
| | And is it usually this slow ? |
| | Like how many you think you can get onna regular week type shit ? |
| it really depends on the volume to be honest . Good weeks be good bad weeks be bad | |
| 5 at least tho | |
| | Damn that's basically one a day |
| | But ok I can still make that shake though fasho |
| | But year I'm tellin ya as long as you got them and they got good numbers on them |
| | I'm coming 3 hours away Everything w yo money for sure |
| and ima have em every time | |
| very consistent | |

10.     As part of and in furtherance of the scheme, on or about October 23, 2023, defendant and co-defendant DRUMGOOLE sent and received the following instant messages:

| *Messages from -189631 (JONES)* | *Messages from -489631 (DRUMGOOLE)* |
|---|---|
| | And the more slips you get the more money I got for ya too fasho |
| | Lmk sumn asap |
| I got you | |
| . . . | |
| how much bread with 9+ get me ?? | |
| | We can do $500 for rn, next week we can |



5

|  |  |
|---|---|
|  | do more |
|  | We can do $500 for rn, next week we can do more money |
|  | But basically the more you get the more money I got for you |
|  | And then I'm only getting em once a week |
|  | Shit my other mail man was giving me minimum 5-8 slips a day type shit |
|  | And I was giving him $500 a day |
| . . . | |
|  | You straight |
| Okay bet |  |
|  | We locked in |
| For sure |  |

11. As part of and in furtherance of the scheme, on October 24, 2023, defendant and co-defendant DRUMGOOLE sent and received the following instant messages:

| *Messages from -189631 (JONES)* | *Messages from -489631 (DRUMGOOLE)* |
|---|---|
|  | Did you get anything today ? |
| I got a few |  |
|  | Bet how many and what's the numbers ? |
| 2 so far . 56 & 26 I'm on my business route Thursday. |  |
|  | Bet I can pay for them rn ? |
| for just the two or all of em ?? |  |
|  | You only have them 2 rn right ? |
| Yea I'll have more Thursday |  |
|  | You think you'll have more today ? |
|  | Bet bet |
|  | I can pay for them 2 rn though ? Cause I wanna use it today instead of Friday |
|  | Cause the fresher it is the better |
| you can if you want . how you gon get them tho ? |  |
|  | Picture |
|  | Send a clear picture of both |
|  | After rip them up and throw them away |
| they at my house in my safe . I'm off at 4:30 if that okay |  |
|  | Yeah that's perfect w me |



6

| | |
|---|---|
| Bet . I got you as soon as I get off . | |
| Too | |
| Yoo | |
| | Yoo |
| [sends two images] | |
| | Bet |
| | Rip em up |
| Already did | |
| | My girl |
| . . . | |
| you gonna come down here for the other ones or you gonna keep doing the pictures ? | |
| | Pictures perfect for me |
| Ok . You gon be doing Apple Pay ? Or how we gon do that ? | |
| | Apple Pay perfect |
| Bet ! | |
| Works for me . That will save you from having to come down | |

12.     The two images sent by defendant on October 24, 2023 were of business checks. The first check, for approximately $56,444.42 bearing number 10602, was dated October 17, 2023 and was drawn on the account of a company with an address in Winston-Salem, North Carolina. The first check was payable to a pharmaceutical company with an address in Pittsburgh, Pennsylvania. The second check, for approximately $26, 452.68 bearing number 20920, was dated August 28, 2023 and was drawn on the account of a company with an address in Banner Elk, North Carolina. The second check was payable to a cabinet company with an address in Winson-Salem, North Carolina.

13.     A review of other images of checks sent by defendant to co-defendant DRUMGOOLE revealed that defendant took approximately fifteen (15) checks from the mail with a combined face value of approximately $650,680.49.



14. Defendant QUASHEDA JONES was arrested on or about August 20, 2024. At the time of her arrest, she was in possession of a smartphone which was assigned the telephone number ending in -189631. After defendant was advised of her right to remain silent and refused to answer questions, she stated, in sum and substance, that the phone number ending in -189631 was the number she was currently using, and that she had been in possession of that specific smartphone since 2021. Defendant further stated that she had been taking checks from the mail for about a year, and that the last time she took checks was in May 2024. She also stated that she had opened mail entrusted to her and sent an individual she identified as "Pablo" images of the checks contained therein using her smartphone.

15. The investigation and evidence demonstrate beyond a reasonable doubt that from on or about October 15, 2023 through on or about November 10, 2023, in the Eastern District of Virginia, the Middle District of North Carolina, and elsewhere, defendant QUASHEDA JONES, and co-defendant DEVON DRUMGOOLE, and others known and unknown, knowingly and intentionally combined, conspired, confederated and agreed to commit mail fraud. Specifically, the defendants, and others known and unknown, having devised a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, for the purpose of executing such scheme or artifice and attempting so to do, took and received matter and things whatever to be sent or delivered by the USPS, in violation of Title 18, United States Code, Section 1349.

16. This statement of facts includes those facts necessary to support the plea agreement between the defendant and the United States. It does not include each and every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

17. The actions of the defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____
Anthony Mozzi
Assistant United States Attorney

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, QUASHEDA JONES, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
QUASHEDA JONES

I am QUASHEDA JONES' attorney.  I have carefully reviewed the above Statement of Facts with her.  To my knowledge, her decision to stipulate to these facts is an informed and voluntary one.

_____
Keith Kimball, Esq.
Attorney for QUASHEDA JONES